IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ALLAN ALLINO<br><br>        Plaintiff(s),<br>        (Petitioner)<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>        Defendant(s).<br>        (Respondent) | No. CV 14-02173 WHO<br><br>AMENDED<br><br>**ORDER RE APPLICATION TO<br>PROCEED IN FORMA PAUPERIS** |

(X) IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.

(X) The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( ) IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( ) IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:
    ( ) Filing fee waived in part: partial payment of $ ____ due on ____, remaining balance to be waived.
    ( ) Partial payment of $ ____ due on ____, remaining balance due and payable on ____.
    ( ) Partial payment of $ ____ due on ____, remaining balance due in installments as follows: ____.

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: July 16, 2014

                                          UNITED STATES DISTRICT JUDGE

(Not to be used in PRISONER OR HABEAS CORPUS cases) NDC CSA-7 (rev. 4/22/2014)