UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ALLAN ALLINO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 14-cv-02173-WHO<br><br>**ORDER RE MOTION TO ALTER OR AMEND JUDGMENT**<br><br>Re: Dkt. No. 22 |

Defendant has filed a motion to alter or amend this Court's March 19, 2015 judgment. Dkt. No. 22. Plaintiff shall file a response to the motion to alter or amend on or before April 30, 2015, and the Court will take the matter under submission.

**IT IS SO ORDERED**.

Dated: April 21, 2015



WILLIAM H. ORRICK  
United States District Judge